**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In re:                                    :            Chapter 13
    Nina L. Tolle                        :            Case No. 12-57436
                                        :            Judge CALDWELL
                                        :
                                        :
       *Debtor*                        :

## **CHANGE OF MAILING ADDRESS NOTIFICATION**

NAME OF PARTY TO BE CHANGED:            <u>Nina L. Tolle</u>

FORMER MAILING ADDRESS:            3438 Race Street
                                        Columbus, OH 43204

NEW ADDRESS:            4767 Belevedere Park
                                        Columbus, OH 43228

DATE: July 23, 2015            *<u>/s/ Thomas M Fesenmyer</u>*
                                        Thomas M Fesenmyer (0073901)
                                        Attorney for Debtors
                                        Fesenmyer Law Offices, LLC
                                        1335 Dublin Rd., Suite 205C
                                        Columbus, OH 43215
                                        (614) 228-4435
                                        (614) 228-3882 *fax*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing CHANGE OF MAILING
ADDRESS NOTIFICATION was sent by regular U.S. mail or Electronic Notification on this
23rd day of July 2015 to the following:

***Via Electronic Notification*:**

- Asst US Trustee (Col)     ustpregion09.cb.ecf@usdoj.gov
- Brian M Gianangeli     bgianangeli@mifsudlaw.com
- Lindsey Hall     ndohbky@jbandr.com
- Joseph Michael McCandlish     jmccandlish@weltman.com, colecfsdo@weltman.com
- Frank M Pees     trustee@ch13.org

***Via Regular U.S. Mail:***

**Debtor:**
Nina L. Tolle
4767 Belevedere Park
Columbus, OH 43228

7/23/2015                                              */s/ Thomas M Fesenmyer*
                                                       Thomas M Fesenmyer (0073901)
                                                       Attorney for Debtor
                                                       Fesenmyer Law Offices, LLC
                                                       1335 Dublin Rd., Suite 205C
                                                       Columbus, OH 43215
                                                       (614) 228-4435
                                                       (614) 228-3882 *fax*